UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 20-10661-CBM(SKx)** | Date | JULY 29, 2021 |
|---|---|---|---|

| Title | Terri Freeman et al v. Ethicon, Inc. et al |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the hearing re motion for leave to file supplemental motion for partial summary judgment [108] currently set for August 3, 2021, will be a telephonic hearing.

The parties will be given the call in numbers by email 1 day before the hearing date.  Parties are instructed to use a telephone land line only and use a handset from a quiet location; no cell phones; no speaker phone.

Be available on the line for at least 15 minutes before the time scheduled for the hearing and wait until the Court calls your case.

Any questions contact the Courtroom Deputy Clerk, Yolanda Skipper by email at yolanda_skipper@cacd.uscourts.gov.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screenshots"or other visual copying of a hearing, is **absolutely prohibited.**

IT IS SO ORDERED.

cc: all