UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 20-10661-CBM(SKx)** | Date | DECEMBER 14, 2021 |
|---|---|---|---|
| Title | Terri Freeman et al v. Ethicon, Inc. et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| Yolanda Skipper | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alex Barlow | Paul Cassisa, Jr. |
| Kyle A. Dingman | Mollie Fleming Benedict |
| Ari S. Friedman | Matt Smith |

**Proceedings:**   HEARING RE PRETRIAL CONFERENCE AND VARIOUS MOTIONS IN LIMINE

The case is called and counsel state their appearance.  The Court and counsel confer regarding the status of the case.  Pretrial conference is held.   Following discussions with the parties, the advises counsel that this matter will be set for a Status Conference on **January 11, 2022 at 2:00 p.m.**   The proposed pretrial conference order will not be signed at this time and will be discussed at the next hearings.

The Court will issue rulings on the motions in limine by minute order. Counsel to submit a chart re the MDL by no later than December 17, 2021.  Witness list due no later than December 30, 2021.

The Court further orders counsel to meet and confer re exhibits objections and file an updated exhibit list due no  later than January 6, 2022, as stated on the record.   Deposition designation due no later than January 6, 2022.

IT IS SO ORDERED.

cc: all parties                                                                                                                     **1:54**