**BUTLER SNOW LLP**
Kim Bueno (*pro hac vice*)
kim.bueno@butlersnow.com
1400 Lavaca Street,
Suite 1000
Austin, Texas 78701
Telephone:    (737) 802-1800
Facsimile:    (737) 802-1801

**TROUTMAN PEPPER LLP**
Eric Rumanek (*pro hac vice*)
eric.rumanek@troutman.com
600 Peachtree Street, N.E.,
Suite 3000
Atlanta, Georgia 30308
Telephone:    (404) 885-3000

**O'MELVENY & MYERS LLP**
Zach A. Tafoya (SBN 301837)
ztafoya@omm.com
400 South Hope Street,
18th Floor
Los Angeles, California 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorneys for Defendants*
Ethicon, Inc. and Johnson & Johnson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI FREEMAN and EARL FREEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-10661-CBM-SK<br><br>**DEFENDANTS' SECOND REVISED WITNESS LIST**<br><br>Judge: Hon. Consuelo B. Marshall<br><br>Pretrial Conference: April 19, 2022<br>Trial Date: May 3, 2022 |

Defendants Ethicon, Inc. and Johnson & Johnson submit this revised list of trial witnesses. Consistent with Local Rule 16-5, an asterisk appears next to the names of those witnesses whom Defendants may call only if the need arises.

| | WITNESS | SUBJECTS | LIVE OR DEPOSITION |
|---|---|---|---|
| 1. | Teri Longacre, M.D.<br><br>Stanford School of Medicine<br>300 Pasteur Drive, L235 MC 5324<br>Stanford, CA  94305 | Defense expert – pathology (Specific causation and general causation)<br><br>Dr. Longacre will testify consistent with her expert reports. | Live |
| 2. | Shelby Thames, Ph.D.<br><br>University of Southern Mississippi<br>118 College Drive #5217<br>Hattiesburg, MS  39406<br>601-266-4080 | Defense expert – biomaterials (General Causation)<br><br>Dr. Thames will testify consistent with his expert report. | Live |
| 3. | Edward Stanford*<br><br>1441 Florida Avenue<br>Modesto, CA  95350 | Defense expert – urogynecology (General Causation)<br><br>Dr. Stanford will testify consistent with his expert reports. | Live |
| 6 | Douglas Grier, M.D.<br><br>21822 76th Ave. W.<br>Edmonds, WA  98026 | Defense expert – urogynecology (General Causation)<br><br>Dr. Grier will testify consistent with his expert reports. | Live |
| 5. | Salil Khandwala, M.D.<br><br>22731 Newman St., Suite 200<br>Dearborn, MI  48124 | Defense expert – urogynecology (Specific Causation and General Causation)<br><br>Dr. Khandwala will testify consistent with his expert reports. | Live |
| 6. | Piet Hinoul<br><br>c/o Zach A. Tafoya<br>400 South Hope Street,<br>18th Floor<br>Los Angeles, California 90071<br>(213) 430-6000 | Former employee of Ethicon – design, testing and performance of Prolift+M. | Video deposition |

| | WITNESS | SUBJECTS | LIVE OR DEPOSITION |
|---|---|---|---|
| 7. | Joerg Holste<br><br>c/o Zach A. Tafoya<br>400 South Hope Street,<br>18th Floor<br>Los Angeles, California 90071<br>(213) 430-6000 | Former employee of Ethicon – design, testing and performance of Prolift+M. | Video deposition |
| 8. | Scott Jones<br><br>c/o Zach A. Tafoya<br>400 South Hope Street,<br>18th Floor<br>Los Angeles, California 90071<br>(213) 430-6000 | Former employee of Ethicon – marketing of Prolift+M | Video deposition |
| 9. | Gene Kammerer<br><br>c/o Zach A. Tafoya<br>400 South Hope Street,<br>18th Floor<br>Los Angeles, California 90071<br>(213) 430-6000 | Former employee of Ethicon – design, testing and performance of Prolift+M | Video deposition |
| 10. | Scott Ciarrocca<br><br>c/o Zach A. Tafoya<br>400 South Hope Street,<br>18th Floor<br>Los Angeles, California 90071<br>(213) 430-6000 | Employee of Ethicon – design, testing and performance of Prolift+M | Live |
| 11. | Vince Lucente<br><br>3050 Hamilton Blvd.<br>Allentown, PA 18103 | Urogynecologist and former consultant at Ethicon – testing and performance of Prolift and Prolift +M and professional education materials. | Video deposition |
| 13. | Earl Freeman* | Plaintiff | Video deposition |
| 14. | Thomas Easter<br><br>1183 E. Foothill Blvd.<br>Suite 160<br>Upland, CA 91786 | Implanting physician – care and treatment of Plaintiff Terri Freeman | Live or video deposition |
| 15. | Sam Siddighi<br><br>11370 Anderson St.<br>Suite 3900<br>Loma Linda, CA 92354 | Treating physician – care and treatment of Plaintiff Terri Freeman | Video deposition |

| WITNESS | SUBJECTS | LIVE OR DEPOSITION |
|---|---|---|
| 16. Mario Castellanos<br><br>Dignity Health Medical Group Pelvic Pain and Surgery – St. Joseph's<br>500 W. Thomas Rd, Suite 680<br>Phoenix, AZ 85013 | Treating physician – care and treatment of Plaintiff Terri Freeman | Video deposition |
| 17. Defendants may call any witness listed by the Plaintiffs. | | |

Dated: April 15, 2022

**O'MELVENY & MYERS LLP**

By: /s/ Zach A. Tafoya

Zach A. Tafoya (SBN 301837)
ztafoya@omm.com
400 South Hope Street,
18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendants*
Ethicon, Inc. and Johnson & Johnson

# CERTIFICATE OF SERVICE

I, Zach A. Tafoya, declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is O'Melveny & Myers LLP, 400 South Hope Street, 18th Floor, Los Angeles, California 90071-2899.

On April 15, 2022, I served the following:

- **DEFENDANTS' SECOND REVISED WITNESS LIST**

on the interested parties in this action by:

**(X) ELECTRONICALLY VIA ECF**: causing the above-entitled document to be served through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

Executed on April 15, 2022 at Los Angeles, California.

/s/ Zach A. Tafoya
Zach A. Tafoya