# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-10661-CBM(SKx) | Date | AUGUST 22, 2022 |
| Title | Terri Freeman et al v. Ethicon, Inc. et al | | |

Present: The Honorable  **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| Yolanda Skipper | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alex Barlow | Kim Bueno |
| Kyle Dingman | Eric Rumanek |
| Saima Khan | Zach Tafoya |
| Joseph Cleeman | Adam D. Porter |

**Proceedings:**   HEARING RE PRETRIAL CONFERENCE AND VARIOUS MOTIONS

The case is called and counsel state their appearance. The Court and counsel confer. pretrial conference is held. Following discussions with the parties, the Court rules as stated on the record on the following motions:

Plaintiff's MOTION IN LIMINE #2 to Exclude Evidence regarding number of studies supporting the safety of Prolift **[254] is denied a written order will follow.**

Plaintiff's MOTION IN LIMINE to Exclude #3 Designated deposition testimony of non-retained experts **[255] is denied a written order will follow.**

Plaintiff's MOTION IN LIMINE #4 to Exclude Hearsay testimony of Defendants' employee **[256] is denied without prejudice a written order will follow.**

Defendant's MOTION AND Supplemental MOTION IN LIMINE #1 to Exclude EVIDENCE AND ARGUMENT CONCERNING THE DECOMMERCIALIZATION OF PROLIFT **[257] is granted a written order will follow.**
Defendant's MOTION AND Supplemental MOTION IN LIMINE #2 to Exclude EVIDENCE AND ARGUMENT CONCERNING EXPERT COMPENSATION BEYOND THIS CASE **[258] is denied a written order will follow.**

Defendant's MOTION AND Supplemental MOTION IN LIMINE #3 to Exclude EVIDENCE ONLY ADDRESSING ALLEGED DEFECTS IN THE DESIGN OR WARNINGS OF PROLIFT **[259] is granted a written order will follow.**

Defendant's MOTION AND Supplemental MOTION IN LIMINE #4 to Exclude EVIDENCE AND ARGUMENT ABOUT PLAINTIFF'S REASONS FOR CANCELLING OR POSTPONING REMOVAL SURGERY**[260]is granted a written order will follow.**

Defendant's MOTION IN LIMINE #5 to Exclude ARGUMENT AND EVIDENCE OF DEFENDANTS' NET WORTH **[261] is taken under submission and an order will issue.**

Defendant's MOTION IN LIMINE #6 to Exclude NON-EXPERT TESTIMONY REGARDING THE CAUSES OF PLAINTIFFS ALLEGED INJURIES **[262] is taken under submission and an order will issue.**

Defendant's MOTION IN LIMINE #7 to Exclude EVIDENCE AND ARGUMENT THAT ETHICON RUSHED PROLIFT+M TO MARKET WITHOUT ADEQUATE TESTING **[263] is granted and an order will issue.**

Defendant's MOTION IN LIMINE #8 to Exclude EVIDENCE AND ARGUMENT THAT THE PROLIFT+M IFU SHOULD HAVE INCLUDED FREQUENCY AND SEVERITY RATES OF ADVERSE EVENT [**264**] **is taken under submission and a written order will issue.**

Plaintiff's motion in limine #5 to exclude evidence and argument inconsistent with this courts summary judgment, **[267] is taken under submission and a written order will issue.**

Defendant's motion to stay case pending certification and resolution of appeal **[269] is denied a written order will issue.**

MOTION IN LIMINE (4) to Exclude Surgical Videos and Photographs **[134] is granted.**

MOTION to Exclude / Limit the Opinions of Richard Bercik, M.D.  **[139] is granted in part and denied in part a written order will be issued.**

 MOTION to Exclude / Limit the Opinions of Daniel Elliott, M.D.**[140]   is granted in part and denied in part a written order will be issued.**

MOTION to Exclude Certain Opinions and Testimony of Paul J. Michaels **[142] is denied  a written order will be issued.**

The Court will issue a written order on these motions.  The Court further orders the parties to provide a summary and identify how much time will be spent on examination for each witness and what exhibits will be used for these witnesses.   No zoom only video conferencing might be available. Jury Trial to begin on **SEPTEMBER 6, 2022 at 10:00 a.m.**

IT IS SO ORDERED.

cc: all parties     **2:10**