ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI FREEMAN et al, <br><br> Plaintiffs, <br> v. <br> ETHICON, INC., et al., <br><br> Defendants. | Case No.: 2:20-cv-10661-CBM-SK <br><br> **COURT'S VERDICT FORM** <br><br> *REDACTED AS TO FOREPERSON SIGNATURE* |

WE, THE JURY, unanimously find as follows:

### Section I – Negligent Design

1. Did Plaintiff prove that Ethicon/Johnson & Johnson negligently designed the Prolift+M device?

　　　　　　　　　　Yes　　　　　　　　No
　　　　　　　　　　_____　　　　　　　　X

*If you answered No to Question 1, then skip to Section II. If you answered Yes, then proceed to Question 2.*

1

2. Did Plaintiff prove that Ethicon/Johnson & Johnson's negligence in designing the Prolift+M device were a substantial factor in causing her harm?

<u>Yes</u>          <u>No</u>

_____    _____

*Proceed to Section II.*

## Section II – Strict Liability Failure to Warn

3. Did Plaintiff prove that Ethicon/Johnson & Johnson did not adequately warn physicians of the potential risks associated with the Prolift+M device?

<u>Yes</u>          <u>No</u>

_____    ___X_____

*If you answered No to Question 3, then skip to Section III. If you answered Yes to Question 3, then proceed to Question 4.*

4. Did Plaintiff prove that Ethicon/Johnson & Johnson's failure to adequately warn of the potential risks associated with the Prolift+M device was a substantial factor in causing her injuries?

<u>Yes</u>          <u>No</u>

_____    _____

*Proceed to Section III.*

### Section III – Breach of Express Warranty

5. Did Plaintiff prove that Ethicon/Johnson & Johnson (1) (either: (a) gave Terri Freeman, through Dr. Easter, a written warranty or, (b), made a statement of fact received by Dr. Easter about the Prolift+M) and (2) the Prolift+M did not perform as stated?

   Yes             No
   _____         ___X___

*If you answered No to Question 5, then skip to Section V. If you answered Yes to Question 5, then proceed to Question 6.*

6. Did Plaintiff prove that the failure of the Prolift+M to be as represented proximately caused Terri Freeman's harm?

   Yes             No
   _____         _____

*Continue to Section IV.*

### Section IV – Affirmative Defenses to Breach of Express Warranty

7. Did Ethicon/Johnson & Johnson prove that, by words or conduct, they limited their representations regarding the Prolift+M device?

   Yes             No
   _____         _____

3

*Continue to Question 8.*

8. Did Ethicon/Johnson & Johnson prove that the Prolift+M device cannot be made completely safe for its intended use and was accompanied by appropriate warnings regarding its risks?

                                  Yes            No

                                  _____      _____

*Continue to Section V.*

### Section V – Loss of Consortium

*ONLY complete Section V if you answered Yes to Question 2, 4, or 6.*

*If you did not answer Yes to Question 2, 4 or 6, then STOP, answer no further questions and have the presiding juror sign and date this form.*

9. Did Plaintiff Earl Freeman prove a loss of consortium that is proximately caused by Ethicon/Johnson & Johnson?

                                  Yes            No

                                  _____      _____

*Continue to Section VI.*

## Section VI – Compensatory Damages (Terri Freeman)

*ONLY complete this Section if you answered Yes to Question 2, 4, or 6.*

*If you did not answer Yes to Question 2, 4, or 6 then STOP, answer no further questions and have the presiding juror sign and date this form.*

10. What amount of money would fairly and reasonably compensate Plaintiff Terri Freeman for the injuries she sustained as a result of Ethicon/Johnson & Johnson's wrongful conduct?

    $ _____

*Continue to Section VII.*

## Section VII – Compensatory Damages (Earl Freeman)

*ONLY complete this Section if you answered Yes to Question 9.*

11. What amount of money would fairly and reasonably compensate Plaintiff Earl Freeman for his loss of consortium, if any?

    $ _____

*Please date and sign below and return this verdict form to the Court.*

DATED: 9-19-2022                          /s/
                                        FOREPERSON

*After this verdict form has been signed, notify the Courtroom Deputy that you are ready to present your verdict in the courtroom.*